A. Dean Bennett (ISB #7735)
adbennett@hollandhart.com
Alexandra S. Grande (ISB #9566)
asgrande@hollandhart.com
HOLLAND & HART LLP
800 West Main St., Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI RYAN,<br><br>                    Plaintiff,<br><br>v.<br><br>THE INTERNET TRUCKSTOP LLC, dba TRUCKSTOP.COM, a Delaware corporation,<br><br>                    Defendant. | Case No.  1:20-cv-00321-CWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lori Ryan and Defendant The Internet Truckstop LLC dba Truckstop.com, by and through their respective attorneys of record herein, that the above-entitled action has been fully and finally resolved with respect to all of Plaintiff's claims herein, and that all of Plaintiff's claims should be dismissed with prejudice.

      Plaintiff and Defendant further stipulate that each party will bear her or its own respective costs and attorneys' fees.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

A proposed Order of Dismissal with Prejudice is submitted herewith.

DATED this 14th day of June, 2022.

                                                    HOLLAND & HART LLP

                                         By:   /s/ Alexandra S. Grande
                                                     A. Dean Bennett, of the firm
                                                     Alexandra S. Grande, for the firm
                                                     *Attorneys for Defendant*

DATED this 14th day of June, 2022.

                                                    MAUK MILLER & HAWKINS PLLC

                                         By:   /s/ Joseph C. Miller
                                                   William L. Mauk
                                                   Joseph C. Miller
                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of June, 2022, I caused the foregoing to filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

William L. Mauk            office@idahojustice.com
Joseph C. Miller           joe@idahojustice.com
Mauk Miller & Hawkins, PLLC    bill@idahojustice.com
600 E. Riverpark Ln., Suite 210
Boise, ID  83706

                                                    /s/ Alexandra S. Grande
                                                    Alexandra S. Grande
                                                    for HOLLAND & HART LLP

18958036_v1