# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI RYAN,<br><br>            Plaintiff,<br><br>v.<br><br>THE INTERNET TRUCKSTOP LLC, dba TRUCKSTOP.COM, a Delaware corporation,<br><br>            Defendant. | Case No.  1:20-cv-00321-CWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties in the instant case (Dkt. 48),

IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE.

2. Each party will bear their own costs and attorneys' fees.

3. The Clerk is directed to close this case.

DATED: June 15, 2022

_____
Honorable Candy W. Dale
United States Magistrate Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1